JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ANDREW P. CAPUTO (CSBN 203655)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7004
    Fax: (415) 436-7234
    Email: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-0193 VRW |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. ) | |
| JASON LEE, ) | |
| Defendant. ) | |

    With the agreement of the parties, and with the consent of defendant Jason Lee, the Court enters this order documenting defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from March 5, 2009, to April 9, 2009. The parties agree, and the Court finds and holds, as follows:

    1.    Defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, in this case. Defendant requested this exclusion in order to allow his counsel time to review the discovery materials provided by the government.

    2.    Given these circumstances, the Court found that the ends of justice served by

1  excluding the period from March 5, 2009, to April 9, 2009, outweigh the best interest of the
2  public and the defendant in a speedy trial. Id. at § 3161(h)(8)(A).
3      3.    Accordingly, and with the consent of the defendant, at the hearing on March 5,
4  2009, the Court ordered that the period from March 5, 2009, to April 9, 2009, be excluded from
5  Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).
6      IT IS SO STIPULATED.

8  DATED: March 16, 2009        /s/
    RITA BOSWORTH
9      Attorney for Defendant

11 DATED: March 13, 2009        /s/
    ANDREW P. CAPUTO
12     Assistant United States Attorney

14     IT IS SO ORDERED.

16 DATED: 3/19/2009

    VAUGHN R. WALKER
17     Chief United States District Court

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Vaughn R Walker]

2