Claire M. Leary
912 Cole Street, Suite 347
San Francisco, CA 94117
Telephone: (415) 225-4640
Fax: (510) 351-1636

Attorney for Jason Lee

# In the United States District Court
## For the Northern District of California

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Jason Lee,<br><br>　　　　　Defendant. | CR 09-193 VRW<br><br>Stipulation and ~~Proposed~~ Order Continuing Motions Filing and Hearing Dates<br><br>Date: Motions currently set for Hearing July 2, 2009 |

　　　　The undersigned hereby stipulate that the motions briefing schedule be amended as follows: Defense to file motions by June 11, 2009; Government to respond by June 25, 2009; and Defense to file replies by July 2, 2009. It is agreed that the motions hearing date in this case, currently set for July 2, 2009, be continued to July 9, 2009 at ~~2:00 pm~~. 10:00 am

Dated: June 8, 2009

　　　　　　　　　　　　　　　　　　　/s/ _____
　　　　　　　　　　　　　　　　　　　Claire M. Leary
　　　　　　　　　　　　　　　　　　　Attorney for Jason Lee


Dated: June 8, 2009
　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　Andrew Caputo
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

1

Name of Motion
Name of Case / CourtNo.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# O R D E R

It is so ordered. The motions hearing in the above-entitled matter is hereby continued to July 9, 2009, at 2:00  10:00 A.M.. The motions briefing schedule is as amended as stipulated.

Dated: June 10, 2009



_____
VAUGHN R. WALKER
Chief United States District Judge