```
 1  JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
 2
    BRIAN J. STRETCH (CABN 163973)
 3  Chief, Criminal Division

 4  ANDREW P. CAPUTO (CABN 203655)
    Assistant United States Attorney
 5      450 Golden Gate Ave., Box 36055
        San Francisco, California 94102
 6      Telephone:  (415) 436-7200
        Fax: (415) 436-7234
 7      E-Mail: andrew.caputo@usdoj.gov

 8  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 09-0193 VRW |
|---|---|---|
| Plaintiff, | ) | STIPULATION REQUESTING PROTECTIVE ORDER, AND [PROPOSED] ORDER |
| v. | ) | |
| JASON LEE, | ) | |
| Defendant. | ) | |

The parties respectfully stipulate as follows:

1.  The United States expects to call as a witness at trial Deneal Bobo, the undercover FBI source who conducted the crack cocaine purchase charged against defendant in the indictment.

2.  Mr. Bobo has a criminal record. The United States would like to provide Mr. Bobo's criminal "rap sheet" to defendant in advance of trial. The parties agree that it is appropriate to restrict disclosure of the rap sheet solely to defendant, defendant's counsel, and any other member of defendant's trial team, including the investigative firm or any expert witness assisting in the preparation of the defense, in the above captioned matter and solely for

PROTECTIVE ORDER STIP. & [PROP.] ORDER
CR 09-0193 VRW

use in preparing for and conducting the trial of the above-captioned matter.  The parties agree that the persons described in the previous sentence should be barred from distributing Mr. Bobo's rap sheet to any other person or entity.  Such persons are also barred from using it for any purpose other than trial in the above-captioned matter.

3. Mr. Bobo has a pending criminal case in this district, <u>United States v. Deneal Bobo</u>, No. CR 08-0618 WHA.  The United States represents that Mr. Bobo has entered into a plea agreement with the United States in that pending criminal case and would like to provide a copy of that plea agreement to defendant in advance of trial in the instant case.  That plea agreement is currently under seal.  The United States will seek an order from Judge Alsup authorizing disclosure of Mr. Bobo's plea agreement to defendant in the instant matter.  The parties believe that it is appropriate to restrict the disclosure of Mr. Bobo's plea agreement under the same terms as described above concerning the rap sheet – that is, that disclosure of the plea agreement shall be limited to defendant, defendant's counsel, and any other members of defendant's trial team including any investigators and/or expert witnesses, and that these individuals may use this plea agreement solely for purposes of preparing for and conducting the trial in the above captioned matter.

4. The parties respectfully ask the Court to enter a protective order consistent with this stipulation.  A proposed order is set out below.

IT IS SO STIPULATED.

DATED: June 15, 2009           /s/
                               CLAIRE LEARY
                               Attorney for Defendant


DATED: June 15, 2009           /s/
                               ANDREW P. CAPUTO
                               Assistant United States Attorney

PROTECTIVE ORDER STIP. & [PROP.] ORDER
CR 09-0193 VRW                              2

|   |   |
|---|---|
| 1 | **[PROPOSED] ORDER** |

1
2    Upon consideration of the parties' stipulated request for a protective order, the Court
3    hereby enters the following order:
4    The United States shall disclose forthwith to defendant's counsel the criminal "rap sheet"
5    for Deneal Bobo.  Disclosure of the rap sheet shall be restricted to defendant, defendant's
6    counsel, and any other members of defendant's trial team in the above-captioned matter.  These
7    specified individuals may use the rap sheet solely for purposes of trial in the above-captioned
8    matter and are barred from disclosing it to any other person or using it for any other purpose.
9    If and when authorized to do so by Judge Alsup, the United States shall disclose to
10   defendant's counsel in the instant case the plea agreement entered into by Mr. Bobo in <u>United
11   States v. Deneal Bobo</u>, No CR 08-0618 WHA.  Disclosure of the plea agreement shall be
12   restricted to defendant, defendant's counsel, and any other members of defendant's trial team in
13   the above-captioned matter.  These specified individuals may use the plea agreement solely for
14   purposes of trial in the above-captioned matter and are barred from disclosing it to any other
15   person or using it for any other purpose.
16   IT IS SO ORDERED.
17
18   DATED: 06/16/09                        _____ for
19                                           VAUGHN R. WALKER
                                             Chief Judge, United States District Court