JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ANDREW P. CAPUTO (CSBN 203655)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7004
   Fax: (415) 436-7234
   Email: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> JASON LEE, <br>     Defendant. | No. CR 09-0193 VRW <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION <br> (18 U.S.C. § 3161(h)(8)(A)) |

    With the agreement of the parties, and with the consent of defendant Jason Lee, the Court enters this order documenting defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from April 30, 2009, to May 14, 2009. The parties agree, and the Court finds and holds, as follows:

    1.    Defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, in this case. Defendant requested this exclusion in order to allow his counsel time to review the discovery materials provided by the government, to investigate the case, and to consult with her client.

    2.    Given these circumstances, the Court found that the ends of justice served by

|  |  |
|---|---|
| 1 | excluding the period from April 30, 2009, to May 14, 2009, outweigh the best interest of the |
| 2 | public and the defendant in a speedy trial. Id. at § 3161(h)(8)(A). |
| 3 |      3.     Accordingly, and with the consent of the defendant, at the hearing on April 30, |
| 4 | 2009, the Court ordered that the period from April 30, 2009, to May 14, 2009, be excluded from |
| 5 | Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). |
| 6 | IT IS SO STIPULATED. |

DATED: May 18, 2009         /s/
                            CLAIRE LEARY
                            Attorney for Defendant

DATED: May 18, 2009         /s/
                            ANDREW P. CAPUTO
                            Assistant United States Attorney

IT IS SO ORDERED.

DATED: 6/29/2009            _____
                            VAUGHN R. WALKER
                            Chief Judge, United States District Court

*IT IS SO ORDERED* — Judge Vaughn R Walker (signature, seal of United States District Court, Northern District of California)

2