JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ANDREW P. CAPUTO (CSBN 203655)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7004
    Fax: (415) 436-7234
    Email: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-0193 VRW |
|     Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM |
|     v. ) | SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| JASON LEE, ) | |
|     Defendant. ) | |

    With the agreement of the parties, and with the consent of defendant Jason Lee, the Court enters this order documenting defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from May 14, 2009, to September 14, 2009. The parties agree, and the Court finds and holds, as follows:

    1.    Defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, in this case. The parties agree that they need this period of time in order to prepare adequately to try the case beginning on September 14.

    2.    Given these circumstances, the Court found that the ends of justice served by

1 excluding the period from May 14, 2009, to September 14, 2009, outweigh the best interest of
2 the public and the defendant in a speedy trial.  Id. at § 3161(h)(8)(A).
3     3.    Accordingly, and with the consent of the defendant, at the hearing on May 14,
4 2009, the Court ordered that the period from ~~April 30, 2009, to May 14, 2009~~ **5/14/2009 to 9/14/2009**, be excluded from
5 Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).
6     IT IS SO STIPULATED.

8 DATED: May 30, 2009           /s/
          CLAIRE LEARY
9           Attorney for Defendant

11 DATED: May 18, 2009           /s/
          ANDREW P. CAPUTO
12           Assistant United States Attorney

14     IT IS SO ORDERED.

16 DATED: 6/29/2009
17           VAUGHN R. WALKER
          Chief Judge, United States District Court

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Vaughn R Walker]

2