1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  ANDREW P. CAPUTO (CABN 203655)
   Assistant United States Attorney
5     450 Golden Gate Ave., Box 36055
      San Francisco, California 94102
6     Telephone:  (415) 436-7200
      Fax: (415) 436-7234
7     E-Mail: andrew.caputo@usdoj.gov

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA,        )   No. CR 09-0193 VRW
14                                  )
        Plaintiff,                  )   STIPULATION CONCERNING
15                                  )   PRODUCTION OF DNA REPORT, AND
        v.                          )   [PROPOSED] ORDER
16                                  )
   JASON LEE,                       )
17                                  )
        Defendant.                  )
18 _____)

19

20      The parties respectfully stipulate as follows:

21      1.      At the hearing held on July 9, 2009, the Court ordered the United States to

22 produce its DNA report by July 17 or to show cause why it could not do so.

23      2.      After the hearing, FBI Special Agent Jonathan Dubin spoke with Vanessa

24 Silveira, a forensic serologist at Serological Research Institute, the laboratory the government has

25 retained to conduct the DNA analysis.  Ms. Silveira told Agent Dubin that she expected to be

26 able to complete the DNA report by July 24, one week later than the Court specified.  She told

27 Agent Dubin that one reason she was unable to complete the report by July 17 is that she will be

28 testifying in another case during the week of July 13.  She further told Agent Dubin that she

STIP. RE: DNA REPORT, AND [PROPOSED] ORDER
CR 09-0193 VRW

would try to have the report completed earlier than July 24 but was not sure she could do so.

3. In light of Ms. Silveira's statements to Agent Dubin, the United States respectfully asks that it have an additional week, until July 24, to produce the DNA report to defendant. If government counsel receives the report from the laboratory earlier than July 24, he will produce the report to defendant's counsel forthwith. Defendant stipulates to this request by the government.

IT IS SO STIPULATED.

DATED: July 14, 2009          _____/s/_____
                              CLAIRE LEARY
                              Attorney for Defendant

DATED: July 14, 2009          _____/s/_____
                              ANDREW P. CAPUTO
                              Assistant United States Attorney

### [~~PROPOSED~~] ORDER

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

DATED: 7/16/2009              _____
                              VAUGHN R. WALKER
                              Chief Judge, United States District Court



IT IS SO ORDERED
Judge Vaughn R Walker