JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

ANDREW P. CAPUTO (CABN 203655)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>   v.<br><br>JASON LEE,<br><br>    Defendant. | No. CR 09-0193 VRW<br><br>STIPULATION CONCERNING PROCEDURE FOR HENTHORN COMPLIANCE AS TO POTENTIAL SFPD WITNESSES, AND [~~PROPOSED~~] ORDER |

The parties respectfully stipulate as follows:

1. The United States may call as witnesses at trial the following employees of the San Francisco Police Department ("SFPD"): Officer Sean Griffin, Officer Kevin Murray, and Francis Woo, an employee of the San Francisco Police Laboratory (collectively "the SFPD witnesses"). The parties agree on the following procedure for compliance with <u>United States v. Henthorn</u>, 931 F.2d 29 (9th Cir. 1991), under which the United States is required to disclose information material to impeaching a government witness.

2. The United States will request directly from the SFPD's Legal Division potential impeachment information concerning the three SFPD witnesses. The parties request that the

Court issue the attached proposed order, which would require the City of San Francisco's Office of Citizen Complaints ("OCC") to deliver to government counsel well before trail any potential impeachment information in the possession of OCC concerning the SFPD witnesses.

      3.      Upon receipt of the requested information from OCC and from the SFPD's Legal Division, counsel for the United States will review the information and disclose to defendant's counsel, in advance of trial, any material impeachment information concerning the SFPD witnesses.

      IT IS SO STIPULATED.

DATED: August 20, 2009                           /s_____
                                                  CLAIRE LEARY
                                                  Attorney for Defendant

DATED: August 21, 2009                           /s_____
                                                ANDREW P. CAPUTO
                                                Assistant United States Attorney

## ~~[PROPOSED]~~ ORDER

      Pursuant to stipulation, and for good cause shown, the Court hereby orders as follows:

      The city of San Francisco's Office of Citizen Complaints ("OCC") shall review its files for potential impeachment information concerning the following employees of the San Francisco Police Department ("SFPD"):

      Officer Sean Griffin

      Officer Kevin Murray

      Francis Woo, an employee of the SFPD crime laboratory.

This information may include, but is not limited to, (a) specific instances of conduct of the employee which might be used for the purpose of attacking the witness's credibility or character for truthfulness; (b) evidence in the form of opinion or reputation as to an employee's character for truthfulness; (c) prior inconsistent statements; or (d) information that may be used to suggest that an employee may be biased, including any awards and/or incentive payments given or made

1  to the employee for work on the instant case.
2      Within ten days of service of this Order upon OCC, OCC shall deliver any potential
3  impeachment information on the above-named SFPD employees to Assistant United States
4  Andrew P. Caputo, 450 Golden Gate Avenue, 11th Floor, San Francisco, CA 94102.
5      Counsel for the United States shall review any materials provided to it by OCC and/or the
6  SFPD's Legal Division.  The United States shall disclose to defendant's counsel, in advance of
7  trial, any impeachment information that meets the materiality requirement established by <u>United
8  States v. Henthorn</u>, 931 F.2d 29 (9th Cir. 1991).
9      IT IS SO ORDERED.

11  DATED:  9/2/2009



VAUGHN R. WALKER
Chief Judge, United States District Court