| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | ANDREW P. CAPUTO (CABN 203655)<br>Assistant United States Attorney |
| 5 | 450 Golden Gate Ave., Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone:  (415) 436-7200<br>Fax: (415) 436-7234 |
| 7 | E-Mail: andrew.caputo@usdoj.gov |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                         )<br>         Plaintiff,                               )<br>                                                         )<br>   v.                                                 )<br>                                                         )<br>JASON LEE,                                   )<br>                                                         )<br>         Defendant.                          )<br>_____)  | | No. CR 09-0193 VRW<br><br>STIPULATION CONCERNING<br>SCHEDULE FOR HEARINGS AND<br>FILINGS |

The parties respectfully stipulate as follows:

1.      Sentencing in this matter was previously set for December 3, 2009.  The parties have recently been notified that the Court is unavailable on that date.  After consultation with the probation officer assigned to this matter, the parties jointly recommend that sentencing be continued to January 21, 2010, at 2:00 p.m.

2.      Defendant has filed a motion for a new trial, which he noticed for the same day as sentencing.  The parties recommend that the hearing on defendant's motion for a new trial be continued to the new sentencing date.  The parties stipulate to the following briefing schedule on the motion for a new trial and ask that the Court adopt it:

SCHEDULING STIPULATION, AND [PROPOSED] ORDER
CR 09-0193 VRW

| | | |
|---|---|---|
| 1 | Defendant files amended motion for new trial | November 12, 2009 |
| 2 | Government files its opposition | December 3, 2009 |
| 3 | Defendant files his reply | December 17, 2009 |
| 4 | Hearing on defendant's motion | January 21, 2010 at 2:00 p.m. |

IT IS SO STIPULATED.

DATED: November 9, 2009

/s/
CLAIRE LEARY
Attorney for Defendant

DATED: November 9, 2009

/s/
ANDREW P. CAPUTO
Assistant United States Attorney

### [PROPOSED] ORDER

Pursuant to stipulation, and for good cause shown, the Court hereby continues sentencing in this matter to January 21, 2010.  The Court also adopts the briefing and hearing schedule on defendant's motion for a new trial that is contained in paragraph 2 of the parties' stipulation.

IT IS SO ORDERED.

DATED: 11/13/2009

VAUGHN R. WALKER
Chief Judge, United States District Court

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Vaughn R Walker]*